# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

160701

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FREDERICK DWAYNE GARTH, JR.,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160701
COA: 341304
Genesee CC: 16-040555-FC

On order of the Court, the application for leave to appeal the September 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b1021

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk